| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 6/2/2017<br>10:30 a.m. |

*Bhagwati Ghale, et al. v. PSA Realty Corp., et al.*
16-CV-4944 (DLI) (JO)

TYPE OF CONFERENCE:  Status

APPEARANCES:     Plaintiffs     Ariande A. Panagopoulou

Defendants     Ian W. Siminoff

SCHEDULING: The next pretrial conference will be held on July 14, 2017, at 10:30 a.m.

SUMMARY: As set forth on the record, I granted the plaintiffs' motion to amend the Complaint to assert claims against the current defendants' franchisor. The plaintiffs shall file the amended complaint by June 9, 2017. I also granted in part and denied in part the plaintiffs' request for discovery relief, as discussed on the record, and granted the request to extend the discovery period. I will enter an amended case management and scheduling order that adjourns all remaining deadlines by one month.

SO ORDERED

/s/
JAMES ORENSTEIN
U.S. Magistrate Judge