UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BHAGWATI GHALE, et al.,                                              JUDGMENT

                        Plaintiffs,                      16-CV-4944 (DLI) (JO)

    v.

PSA REALTY CORP., et al.,

                        Defendants.
-------------------------------------------------------------X

          An Order of the Honorable Dora L. Irizarry, United States District Judge, having

been filed on January 26, 2018, adopting in its entirety the Report and Recommendation of

Magistrate Judge James Orenstein, dated December 1, 2017, concluding that the parties'

proposed settlement of plaintiffs' claims under the Fair Labor Standards Act ("FLSA"), 29

U.S.C. § 201 et seq. is fair and reasonable; and directing the Clerk of Court to enter judgment in

favor of plaintiffs and close this case; it is

          ORDERED and ADJUDGED that the parties' proposed settlement of plaintiffs'

claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. is fair and

reasonable; and that judgment is hereby entered in favor of plaintiffs; and that this case is closed.


Dated: Brooklyn, New York                              Douglas C. Palmer
       January 29, 2018                                Clerk of Court

                                 By:    */s/Jalitza Poveda*_____
                                      Deputy Clerk